THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Jamone
 Boulware, Respondent,
 v.
 State of South
 Carolina, Petitioner.
 
 
 

ON WRIT OF CERTIORARI

Appeal From Richland County
 Roger M. Young, Circuit Court Judge
Memorandum Opinion No. 2009-MO-067
Submitted December 2, 2009  Filed
 December 21, 2009   
REVERSED

 
 
 
 Attorney
 General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant
 Deputy Attorney General Salley W. Elliott, and Assistant Attorney General Brian
 T. Petrano, of Columbia, for Petitioner.
 Reynolds
 H. Blankenship, Jr., of Columbia; Robert M.P. Masella, of Columbia, for
 Respondent.
 
 
 

PER CURIAM: 
 This Court granted the State's petition for a writ of certiorari to review the
 circuit court judge's grant of post-conviction relief (PCR) to Jamone Boulware
 following his uncounseled magistrate's court conviction for breach of the
 peace.  In granting this relief, the PCR judge found that Boulware was
 unconstitutionally denied his right to counsel given he was sentenced to
 payment of a fine or imprisonment.
We
 reverse pursuant to Rule 220(b)(1), SCACR, and the following authority:  Scott
 v. Illinois, 440 U.S. 367, 373 (1979) (affirming pro se defendant's conviction and $50 fine for shoplifting merchandise valued at less
 than $150, a charge which subjected him to a maximum penalty of a $500 fine or
 one year in jail, or both and stating "actual imprisonment is a penalty
 different in kind from fines or the mere threat of imprisonment").
REVERSED.
TOAL,
 C.J., WALLER, PLEICONES, BEATTY and KITTREDGE, JJ., concur.